952

No. 11–9211.   MASSEY v. JOHNSON, WARDEN, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 11–9212.   IBARRA-PINO v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 11–9215.   ESSARY v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 11–9218.   RICHART v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 11–9219.   NEWMAN v. CAIN, WARDEN.   C. A. 5th Cir. Certiorari denied.

No. 11–9224.   FOSS v. NINTH JUDICIAL CIRCUIT COURT OF FLORIDA ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 11–9225.   FREEMAN v. CHANDLER, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 11–9227.   GARNER v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 11–9233.   BEASLEY v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 11–9238.   GONZALEZ PEREZ v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 11–9239.   TRINDADE v. UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 11–9242.   LANDON v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 11–9244.   LITTLE v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 11–9246.   FATUMABAHIRTU v. UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 11–9247.   SAFEEULLAH, AKA STRICKLAND, AKA OGELSBY v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 11–9248.   JONES v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.